IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01724-PAB-CBS

PATRICK O'DONNELL,

    Plaintiff,

v.

ANTHEM LIFE INSURANCE COMPANY,
INTEGRATED DISABILITY RESOURCES, INC.,
CUSTOM DISABILITY SOLUTIONS, and
RAMBLIN EXPRESS, INC. LONG TERM DISABILITY PLAN,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice [Docket No. 25]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 25] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 13, 2009.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge